**FILED**

SEP **15** 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )    CR S 02-397-DAD
                                 )
        v.                       )
                                 )
JOSEPH L. JULIAN,                )
                                 )
                Defendant.       )
_____  )

## ORDER FOR REMISSION OF FINE

This matter is before the court on the petition of the United States for remission of the unpaid portion of the criminal fine owed by the defendant, in accordance with the provisions of 18 U.S.C. § 3573. The court finds it has jurisdiction over the subject matter and the parties, and having reviewed the petition;

ORDERS that the unpaid portion of the criminal fine imposed against the defendant Joseph L. Julian is hereby remitted.

IT IS SO ORDERED:

Dated: _9/15/10_            _____
                           DALE A. DROZD
                           United States Magistrate Judge

-3044742.wpd